FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Dec 19, 2017

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

HARRY DANIEL WILLETT,

                Plaintiff,

      v.

SRINIVAS MASCAL,

                Defendant.

No.   4:17-CV-05207-SMJ

**ORDER DISMISSING CASE**

On December 19, 2017, Plaintiff Harry Daniel Willett filed a notice of Withdrawal of Complaint, ECF No. 4. Consistent with this notice and Federal Rule of Civil Procedure 41(a), **IT IS HEREBY ORDERED:**

1.     All claims are **DISMISSED WITHOUT PREJUDICE,** with all parties to bear their own costs and attorneys' fees.

2.     All pending motions are **DENIED AS MOOT.**

3.     All hearings and other deadlines are **STRICKEN.**

4.     The Clerk's Office is directed to **CLOSE** this file.

ORDER DISMISSING CASE**-** 1

1     **IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and

2 provide copies to all counsel.

3     **DATED** this 19th day of December 2017.

4

5         SALVADOR MENDOZA, JR.
        United States District Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

ORDER DISMISSING CASE- 2